PROB 12C
(7/93)

# United States District Court
## for
## District of New Jersey
## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Yasim Melvin                                    Cr.:2:99-CR-560-06

Name of Sentencing Judicial Officer: Honorable Dickinson R. Debevoise

Date of Original Sentence: 03-12-01

Original Offense: Conspiracy to Distribute Heroin

Original Sentence: 60 months in custody

Type of Supervision: Supervised Release                 Date Supervision Commenced:04-27-04

Assistant U.S. Attorney: Luis Valentin                          Defense Attorney: Roy Greenman

### PETITIONING THE COURT

[X]  To issue a warrant
[ ]  To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**'<br><br>Melvin was arrested on September 10, 2004 by the Essex County, New Jersey Sheriff's Department and charged with Possession of Crack Cocaine, Possession with intent to Distribute Crack Cocaine, and Possession of Crack Cocaine within 1,000 feet of a School. Officers located 24 vials of suspected crack cocaine (2.4 grams) and $331 in US currency on the offender's person.<br><br>On July 20, 2005, Melvin was found not guilty and acquitted of all charges in New Jersey Superior Court, Essex County. |

| | |
|---|---|
| 2 | The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**'

Melvin was arrested on February 26, 2005, by the Newark, New Jersey Police Department and charged with Resisting Arrest, Possession of CDS, Possession with intent to Distribute CDS, and Possession of CDS within 1,000 feet of a School.

On October 10, 2005, Melvin pled guilty to a downgrade charge of Disorderly Conduct in Newark Municipal Court and was sentenced to 30 days suspended confinement and a $404 fine. |
| 3 | The offender has violated the supervision condition which states '**You shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer.**'

Melvin failed to notify the U.S. Probation Office of the arrests noted in violation number one and two. |
| 4 | The offender has violated the supervision condition which states '**You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.**'

Melvin was last seen by the U.S. Probation Office on August 23, 2004. He failed to report to the office as directed numerous times and his whereabouts are currently unknown. In addition, offender has not submitted a monthly supervision report since July 2004. |

I declare under penalty of perjury that the foregoing is true and correct.

By: Kevin Villa
U.S. Probation Officer
Date: August 7, 2007

THE COURT ORDERS:
[✗] The Issuance of a Warrant
[ ] The Issuance of a Summons.  Date of Hearing: _____
[ ] No Action
[ ] Other

Signature of Judicial Officer

August 10, 2007
Date