PROB 12B
(7/93)

# United States District Court
## for
## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Yasim Melvin                                    Cr.: 2:99-CR-560-06

Name of Sentencing Judicial Officer: Honorable Dickinson R. Debevoise

Date of Original Sentence: 03-13-01
Date of Violation of Supervised Release Sentence: 11-30-07

Original Offense: Conspiracy to Distribute More Than 100 Grams of Heroin (21 U.S.C. § 846)

Original Sentence: 60 months custody; 5 years supervised release
Violation of Supervised Release Re-Sentence: 6 months custody; 1 year supervised release

Type of Supervision: Supervised Release                Date Supervision Commenced: 02-25-08

## PETITIONING THE COURT

[X]  To modify the conditions of supervision as follows. The addition of the following special condition(s):

The defendant shall reside in a community corrections center, halfway house or similar residential facility for a the remainder of his term of supervised release, which is scheduled to terminate on February 24, 2009. The defendant shall observe all the rules of that facility. The defendant shall be eligible for weekend privileges. The defendant shall pay subsistence as required by the program.

## CAUSE

The offender has failed to secure employment or enroll himself in a training/schooling program since his release from custody on February 25, 2008.

Respectfully submitted,
By: Kevin Villa
U.S. Probation Officer
Date: September 24, 2008

THE COURT ORDERS:
[X] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

Signature of Judicial Officer

October 17, 2008
Date

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF NEW JERSEY

## Waiver of Hearing to Modify Conditions
## of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel,' I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows. The addition of the following special condition(s):

The defendant shall reside in a community corrections center, halfway house or similar residential facility for a the remainder of his term of supervised release, which is scheduled to terminate on February 24, 2009. The defendant shall observe all the rules of that facility. The defendant shall be eligible for weekend privileges. The defendant shall pay subsistence as required by the program.

Witness: _____
U.S. Probation Officer
Kevin Villa

Signed: _____
Supervised Releasee
Yasim Melvin

_____9/24/08_____
DATE