PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Yasim Melvin  **Docket Number:** 99-00560-006
**PACTS Number:** 25160

**Name of Sentencing Judicial Officer:** Honorable Dickinson R. Debevoise

**Date of Original Sentence:** 03/12/2001
**Date of Violation of Supervised Release Sentence:** 11/29/2007

**Original Offense:** Narcotics-Sell, Distribute, Or Dispense

**Original Sentence:** 60 months imprisonment; 5 years supervised release
**Violation of Supervised Release Sentence:** 6 months imprisonment; 1 year supervised release

**Type of Supervision:** Supervised Release  **Date Supervision Commenced:** 02-25-08

**Assistant U.S. Attorney:** Christine Magda, 970 Broad Street, Room 502, Newark, New Jersey 07102, (973) 645-2700

**Defense Attorney:** Roy B. Greenman, Esq., 1379 Morris Avenue, Union, New Jersey 07083, (908) 688-6444

---

## PETITIONING THE COURT

[ ]  To issue a warrant
[X]  To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states '**The defendant shall reside for the remainder of his supervised release term (ending February 24, 2009) in a community corrections center, halfway house or similar residential facility and shall observe all the rules of that facility. The defendant shall be eligible for weekend privileges. The defendant shall pay subsistence as required by the program.**' <br><br> On January 16, 2009, Melvin was discharged from the Residential Re-Entry Center (RRC) - Toler House as a program failure. |

PROB 12C - Page 2
Yasim Melvin

I declare under penalty of perjury that the foregoing is true and correct.

By: Kevin M. Villa
U.S. Probation Officer
Date: 1/23/09

THE COURT ORDERS:

[ ] The Issuance of a Warrant
[X] The Issuance of a Summons.  Date of Hearing: March 3, 2009  2:00 P.M.
[ ] No Action
[ ] Other

Signature of Judicial Officer

February 9, 2009
Date